[No. 24616–0–I.  Division One.  October 8, 1990.]

*In the Matter of the Dependency of* H.P.O.

DIANE L.O., *Appellant, v.* THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–7–00888–6, Charles S. Burdell, Jr., J., entered July 11, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Scholfield and Forrest, JJ.

[Nos. 12727–0–II; 13794–1–II.  Division Two.  October 8, 1990.]

THE STATE OF WASHINGTON, *Respondent, v.* CLYDE RAYMOND PATTERSON, *Appellant.*

*In the Matter of the Personal Restraint of* CLYDE RAYMOND PATTERSON, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–03218–3, E. Albert Morrison, J., entered April 5, 1989, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 12770–9–II.  Division Two.  October 8, 1990.]

THE STATE OF WASHINGTON, *Respondent, v.* ROBERT WAYNE MICKENS, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88–1–00591–2, Milton R. Cox, J., entered March 2, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.